1052

[No. 50814-8-I. Division One. September 29, 2003.]

U.S. ENGINE, INC., *Appellant*, v. TOM ROBERTS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-28460-8, Michael Heavey, J., entered May 10, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Kennedy and Schindler, JJ.

[No. 51239-1-I. Division One. September 29, 2003.]

*In the Matter of the Marriage of* KENNETH J. WILLIAMS, *Appellant*, and KAREN P. WILLIAMS, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-3-01174-3, Nicole MacInnes, J., entered September 5 and 24, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, A.C.J., concurred in by Coleman and Appelwick, JJ.

[No. 51407-5-I. Division One. September 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY WAYNE ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00049-0, Ronald L. Castleberry, J., entered May 17, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 53000-3-I. Division One. September 29, 2003.]

*In the Matter of the Personal Restraint of* HOWARD P. PAULL, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.